AO 451 (Rev. 01/09) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the

District of Arizona

| | | |
|---|---|---|
| Xcentric Ventures, L.L.C. | ) | 2:09-MC-373 |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. CV-08-2299-PHX-HRH |
| Elizabeth Arden, et al | ) | |
| *Defendant* | ) | |

**CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT**

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* 10/22/2009.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court and that no appeal has been filed or, if one was filed, that it is no longer pending.

Date: 12/21/2009

**RICHARD H. WEARE**
*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*

FILED
2009 DEC 29 AM 9:36
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY ___

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| XCENTRIC VENTURES, L.L.C., an Arizona Limited Liability Corporation,<br><br>                    Plaintiff,<br><br>    vs.<br><br>ELIZABETH ARDEN, d/b/a Complaintsboard.com, et al.,<br><br>                    Defendants. | No. 2:08-cv-2299-HRH |

## JUDGMENT

This matter came on regularly before the court, the plaintiff appearing by and through its attorneys, Jaburg & Wilk, P.C., by Maria Crimi Speth. The defendant Elizabeth Arden, d/b/a ComplaintsBoard.com, has failed to appear either in person or by counsel. The court has heretofore granted plaintiff's motion for entry of default judgment.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment be entered in favor of the plaintiff XCENTRIC VENTURES, LLC, and against the defendant ELIZABETH ARDEN, d/b/a COMPLAINTSBOARD.COM, as follows:

A.  For statutory damages in the principal amount of $60,000.00;

B.  For interest on the statutory damages at the federal legal rate of 2.08% per annum from the date of this judgment until paid in full;

- 1 -

C.  For plaintiff's taxable costs in the principal amount of $396.59;

D.  For plaintiff's attorney fees in the principal amount of $3,145.00; and

E.  For interest on plaintiff's taxable costs and attorney fees at the federal legal rate of 2.08% per annum from the date of this judgment until paid in full.

PERMANENT INJUNCTION

IT IS FURTHER ORDERED that Elizabeth Arden, d/b/a ComplaintsBoard.com, and its officers, agents, employees, independent contractors, or other persons acting under its supervision and control or at its request are permanently enjoined from:

A.  Willfully using without authorization copyrighted material owned by or licensed to any of the following:

   a.  Xcentric Ventures, LLC

   b.  Ripoff Report

   c.  Any customer of Xcentric or Ripoff Report.

B.  Willfully using without authorization the "RIP-OFF REPORT" mark in connection with any consumer complaint website, message board, blog, article, or any other type of publication.

IT IS FURTHER ORDERED directing defendant ComplaintsBoard remove all content that is in violation of the permanent injunction from www.complaintsboard.com. In the event that is not completed within seven (7) days of this judgment, the host of www.complaintsboard.com is directed to terminate services for ComplaintsBoard until such time that ComplaintsBoard removes all

infringing content from www.complaintsboard.com and is in compliance with this permanent injunction.

IT IS FURTHER ORDERED that in the event defendant ComplaintsBoard fails to remove the content that is in violation of the permanent injunction from the website www.complaintsboard.com within seven (7) days of this judgment, pursuant to Section 3.b of the Uniform Domain Name Dispute Resolution Policy, plaintiff may obtain transfer of the registration from the Domain Name Registrar(s) of the domain names for all websites still containing content in violation of the permanent injunction, including, but not necessarily limited to, www.complaintsboard.com.

IT IS FURTHER ORDERED that those domain names transferred to plaintiff pursuant to this judgment shall not be used for any commercial purpose.

IT IS FURTHER ORDERED that this permanent injunction applies to ComplaintsBoard.com regardless of the name or names it uses or goes by or may in the future use or go by.

DATED at Anchorage, Alaska, this <u>22nd</u> day of October, 2009.

/s/ H. Russel Holland
United States District Judge

I hereby attest and certify on 2/21/2009 that the foregoing document is a full, true and correct copy of the original on file in my office and in my custody.
CLERK, U.S. DISTRICT COURT
DISTRICT OF ARIZONA
by _____ Deputy

```
12/29/2009 11:36:03 AM  Receipt #: 120917
          Cashier : KPAGE [LA 1-1]
Paid by: XCENTRIC VENTURES, LLC
2:MC09-00373
2010-086900
Amount :           Indexing Misc. paper(1)
2:MC09-00373                          $20.00
2010-510000
Amount :           Judicial Services ($19)(1)
Check Payment : 2077 /                $19.00
Total Payment :                       39.00
                                      39.00
```